# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Aaron Mora JARAMILLO<br>DOB: XX/XX/1972; Citizen of Mexico | DOCKET NO: |
| | MAGISTRATE'S CASE NO:<br>21-07206MJ |

Complaint for violation of Title 8   United States Code § 1326 (b) (1)

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|
| DATE OF OFFENSE<br>ON OR ABOUT<br>April 20, 2021 | PLACE OF OFFENSE<br>AT OR NEAR<br>Douglas, Arizona | ADDRESS OF ACCUSED (if known) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 20, 2021, at or near Douglas, in the District of Arizona, **Aaron Mora JARAMILLO**, an alien, knowingly and intentionally attempted to enter the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on April 29, 2014 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, **enhanced by Title 8, United States Code, Section 1326 (b) (1).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Aaron Mora JARAMILLO is a citizen of Mexico. On April 29, 2014, Aaron Mora JARAMILLO was lawfully denied admission, excluded, deported, and removed from the United States through San Ysidro, California. On April 20, 2021, Aaron Mora JARAMILLO knowingly and intentionally attempted to re-enter the United States by presenting an invalid Arizona Idetification card, bearing his photograph. Aaron Mora JARAMILLO did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Authorized by AUSA LMG2 | SIGNATURE OF COMPLAINANT (official title)<br>Thomas Lee Gerald Jr |
|---|---|
| | OFFICIAL TITLE<br>CBPO/E |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 20, 2021 |

1) See Federal rules of Criminal Procedure Rules 3 and 54